UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SALVATORE CARBONE | : | CIVIL ACTION |
| | : | |
| Debtor | : | BANKRUPTCY no. 18-13403 |
| | : | ADVERSARY no. 19-68 |
| | : | |

## CERTIFICATE OF SERVICE

I, Peter E. Meltzer, hereby certify that on the below date, the foregoing *Defendant's Motion to Dismiss Plaintiff's Complaint* was served via United States mail, First class, postage prepaid, on the following:

GARY SEITZ, CHAPTER 7 TRUSTEE
Gellert Scali Busenkell & Brown
8 Penn Center
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103

ROBERT J. BIRCH
Robert J. Birch, Esquire
325 Sentry Parkway
Blue Bell, PA 19422


Date:  April 18, 2019                        BY:     /s/ Peter E. Meltzer_____
                                                 Peter E. Meltzer, Esquire
                                                 Attorneys for Movant